The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARLOS TAPANG<br><br>          Plaintiff,<br><br>     v.<br><br>T-MOBILE USA, INC.,<br><br>          Defendant. | No.  2:18-cv-00167 - RAJ<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Carlos Tapang, by and through his undersigned counsel, does hereby dismiss all claims made in this action against Defendant T-Mobile USA, Inc., with prejudice and without costs.

Plaintiff's dismissal is effective upon the filing of this Notice.

DATED this _____ day of June, 2018.

    Boris Davidovskiy, P.S.
*Attorney for Carlos Tapang*

    By /s/ Boris Davidovskiy_____
      Boris Davidovskiy
      Boris Davidovskiy, P.S.,
      6100 219th Street SW #480
      Mountlake Terrace, WA 98043
      Tel:  (425) 582-5200
      Fax:  (425) 582-5222
      Email:  boris@davidovskiylaw.com